COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Daniel Rodriguez v. Plaza Del Sol Apartments

Appellate case number:    01-14-00316-CV

Trial court case number:   1045346

Trial court:              County Civil Court at Law No. 1 of Harris County

On April 22, 2014, appellant, Daniel Rodriguez, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A). The county clerk has filed a clerk's record on indigence containing the trial court's May 1, 2014 order sustaining a contest to appellant's affidavit of indigence. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion in this Court seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1), (2). Therefore, the required filing fee is due.

Appellant is ORDERED to pay the $195 filing fee to this Court no later than 10 days from the date of this order, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

It is further ORDERED that, no later than 30 days from the date of this order, appellant file with this Court proof that he has paid or made arrangements to pay for the preparation of the clerk's record, or the appeal may be dismissed. *See* TEX. R. APP. P. 34.5(a), 35.3(a)(2), 37.3(b).

Finally, on July 8, 2014, appellant filed a "Motion to Extend Time to File Appellant's Brief." Contrary to appellant's request, however, no deadline for the filing of appellant's brief has been set, because the complete appellate record has not yet been filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we dismiss appellant's motion as moot.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                         ☒ Acting individually    ☐ Acting for the Court
Date: July 29, 2014